1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  | JOSEPH MERHI, on behalf of himself | CASE NO. 3:21-cv-00446-DMS-MDD |

JOSEPH MERHI, on behalf of himself and on behalf of all others similarly situated,

           Plaintiff,

    v.

LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company and Does 1-50, inclusive,

        Defendants.

CASE NO. 3:21-cv-00446-DMS-MDD

**ORDER GRANTING JOINT STIPULATION AND MOTION FOR ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

HONORABLE DANA M. SABRAW

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered the Joint Stipulation and Motion for Order Extending Defendant's Time to Respond to Plaintiff's Complaint, and good cause appearing therefore, hereby orders that Defendant may file a response to Plaintiff's Complaint on or before May 3, 2021.

**IT IS SO ORDERED.**

Dated:  April 15, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court